IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| vs. | UNDER SEAL |
| HAROLD REYNOLDS, JR. | CRIMINAL NO. 5:21-CR- 4 |
| | VIOLATIONS:<br>18 U.S.C. § 2241(a)<br>18 U.S.C. § 2246(2)(B)<br>18 U.S.C. § 113(a)(1)<br>18 U.S.C. § 1512(a)(2)(C) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### AGGRAVATED SEXUAL ABUSE BY FORCE
### 18 U.S.C. § 2241(a)

Beginning on or about April 8, 2017, and continuing through on or about April 9, 2017, in the Middle District of Georgia, and within the special maritime and territorial jurisdiction of the United States, namely Robins Air Force Base, Georgia, the defendant,

**HAROLD REYNOLDS, JR.,**

by use of force against Jane Doe 1, whose identity is known to the Grand Jury, did knowingly attempt to cause, Jane Doe 1, to engage in a sexual act as defined in Title 18, United States Code, Section 2246(2)(B).

All in violation of Title 18, United States Code, Section 2241(a).

### COUNT TWO
### AGGRAVATED ASSAULT
### 18 U.S.C. § 113(a)(1)

Beginning on or about April 8, 2017 and continuing through on or about April 9, 2017, in the Middle District of Georgia, and within the special maritime and territorial jurisdiction of the United States, namely Robins Air Force Base, Georgia, the defendant,

**HAROLD REYNOLDS, JR.,**

did assault Jane Doe 1, whose identity is known to the Grand Jury, with intent to commit a violation of Title 18, United States Code, Section 2241(a).

All in violation of Title 18, United States Code, Section 113(a)(1).

### COUNT THREE
### TAMPERING WITH A VICTIM OR WITNESS
### 18 U.S.C. § 1512(a)(2)(C)

Beginning on or about May 28, 2017, and continuing through on or about May 29, 2017, in the Middle District of Georgia, the defendant,

**HAROLD REYNOLDS, JR.,**

used the threat of physical force against Jane Doe 1, whose identity is known to the Grand Jury, by threatening to kill and pointing a gun at Jane Doe 1, with the intent to hinder, delay, and prevent, the communication to a law enforcement officer, of information relating to the commission of a Federal offense, the aggravated sexual abuse and assault of Jane Doe 1.

All in violation of Title 18, United States Code, Section 1512(a)(2)(C).

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

KATELYN SEMALES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___13___ day of January, 2021.

Deputy Clerk

2