# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION
### AT MACON, GEORGIA

## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 6/13/2022 | Type of Hearing: | Jury Trial/Day One |
| Judge: | Tilman E. Self, III | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Cheryl Collins | Law Clerk: | Todd Truesdale |
| Courtrooms: | A for Jury Selection and C for Trial | | |

### Case Number: 5:21-CR-0004 (TES)

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | Leah McEwen<br>Hannah Couch |
| v.<br>MS<br>Harold Reynolds | | Counsel: | Chauntilia Adaway<br>Michael Simpkins |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

### Court time for JS10/MJSTAR:  6 hours/ 57 minutes

| | |
|---|---|
| 8:05 | The roll was called for jurors; orientation was given and jury duty video was played. |
| 9:23 | Attorneys were present.  Judge was present.  Jury panel sworn.  The Court conducts voir dire.  Attorneys conduct voir dire. |
| 10:36 | Break for jurors. |
| 10:50 | Reconvene.  Jury panel chosen.  Remarks from the Court to the chosen jurors. |
| 12:14 | Jurors dismissed for lunch. |
| 1:33 | Jurors reconvened and sworn. Rule invoked. Preliminary instructions from the Court. |
| 1:49 | Government's opening statements by Ms. McEwen. |
| 2:06 | Defendant's opening statements by Ms. Adaway. |
| 2:23 | Examination of Michael Williams by Ms. McEwen. **(Govt Ex 53/Diagram - Admitted)** |
| 2:28 | Examination of Michael Williams by Mr. Simpkins. |
| 2:33 | Examination of DeMarcus Thompson by Ms. McEwen. **(Govt Ex 87/Photo – Admitted); (Govt Ex 86-Photo-Admitted); (Govt Ex 19/Photo-Admitted).** |
| 2:40 | Examination of Mr. Thompson by Ms. Adaway |

| | |
|---|---|
| 2:42 | Examination of Keifer Colmer, Security Forces and Security Forces Investigator, by Ms. McEwen. **(Govt Ex 57/Sketch-Admitted); (Govt Ex 58/Sketch-Admitted); (Govt Ex 11-31/Photos-Admitted).** |
| 3:12 | Cross examination of Keifer Colmer by Mr. Simpkins. |
| 3:25 | **Recess until 3:40.** |
| 3:45 | Jurors reconvened. |
| 3:46 | Examination of Brandyn Ball, Special Agent by Ms. McEwen. **(Govt Ex 1-10/Photos-Admitted); Govt Ex 79A and 79/Photo-Admitted); Govt Ex 78ABCDEF, Govt Ex 21, Govt Ex-4, Govt Ex 80, 80A, Govt Ex 83, 83A and B, 82 and 82A, Govt 81 and 81A, Govt 85, 85 A and B, Govt Ex 84, Govt Ex 32-52 – All Admitted).** |
| 4:23 | Cross examination of Mr. Ball by Ms. Adaway. **Govt Ex 80 and 80A, Govt Ex 22 – All Admitted.** |
| 4:34 | Examination of Adam Ring, Special Agent w/Air Force, by Ms. McEwen. |
| 4:38 | Cross examination of Agent Ring by Ms. Adaway. |
| 4:40 | Examination of Benjamin Heinlein by Ms. McEwen. |
| 4:45 | No further questions. Mr. Heinlein excused. |
| 4:46 | The Court addresses the jurors re time frame for court and dismissed for the day. |
| 4:48 | Discussion with the Court re procedures and jury charges which will be handled tomorrow. |
| 4:55 | Matter concluded for this day. |