UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 6/14/2022 | Type of Hearing: | Jury Trial/Day Two |
| Judge: | Tilman E. Self, III | Court Reporter: | Mindy Martin |
| Courtroom Deputy: | Cheryl Collins | Law Clerk: | Todd Truesdale |
| Courtrooms: | A for Jury Selection and C for Trial | | |

**Case Number: 5:21-CR-0004 (TES)**

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | Leah McEwen<br>Hannah Couch |
| v. | | | |
| Harold Reynolds | | Counsel: | Chauntilia Adaway<br>Michael Simpkins |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 5 hours/ 33 minutes**

| | |
|---|---|
| 8:13 | Jurors reconvened to begin Day Two of trial. |
| 8:15 | Examination of SSgt Shane Livingston by Ms. McEwen. |
| 8:20 | Examination of SSgt Shane Livingston by Ms. Adaway. |
| 8:23 | Examination of Stephanie Stewart by Hannah Couch. Expert witness declared. |
| 8:36 | Cross examination of Ms. Stewart by Mr. Simpkins. |
| 8:39 | Examination of Karen Lowe with FBI by Ms. Couch. Ms. Lowe declared as an expert. |
| 8:49 | Cross examination of Ms. Lowe by Mr. Simpkins. |
| 8:51 | Examination of Brandon McCollum, DNA examiner with the FBI, by Ms. McEwen. |
| 9:22 | **Cross examination** of Brandon McCollum by Ms. Adaway. |
| 9:33 | Further examination of Brandon McCollum by Ms. McEwen. |
| 9:35 | **Further** examination of Brandon McCollum by Ms. Adaway. |
| 9:36 | Morning Break.12 Jurors excused. |
| 10:10 | Jurors reconvened. |
| 10:11 | Examination of Joseph Dority by Ms. McEwen. **Govt Ex 64-Admitted.** |
| 10:19 | Cross examination of Joseph Dority by Mr. Simpkins. |

| 10:22 | Further examination of Joseph Dority by Ms. McEwen. |
|---|---|
| 10:24 | Examination of **Christopher Sanders by Ms. McEwen.** |
| 10:30 | Cross examination of Christopher Sanders by Mr. Simpkins. |
| 10:32 | Examination of Deputy Michael Dorough by Ms. McEwen. |
| 10:39 | Cross examination of Deputy Michael Dorough by Mr. Simpkins. |
| 10:42 | Examination of FBI Agent Kimberly Granich by Ms. McEwen. **Govt Ex 63, 65, 66-74-Admitted.** |
| 10:54 | Cross examination of Agent Kimberly Granich by Ms. Adaway. |
| 10:57 | Examination of Traterica Payton by Ms. McEwen. **Govt Ex 1, 3,, 7, 19, 21, 28, 31, 32, 47, 64 – Admitted.** |
| 12:00 | Afternoon break. Jurors excused. Discussion re the case moving forward. |
| 12:04 | Recess. |
| 12:25 | Jurors reconvened. |
| 12:27 | Cross examination of Traterica Payton by Ms. Adaway. |
| 1:07 | Further examination of Traterica Payton by Ms. McEwen. |
| 1:08 | Examination of Matthew Carmen deemed an expert (FBI Cellular Analysis) by Ms. McEwen. **Govt Ex 111, 76, 77-Admitted.** |
| 1:19 | Cross examination of Matthew Carmen by Mr. Simpkins. |
| 1:28 | The parties confer privately. |
| 1:30 | Jurors excused. |
| 1:33 | Ms. McEwen discusses with the Court 404b evidence/intent. Discussion re previous case. |
| 1:47 | Mr. Simpkins argues the same re Count 1 and Count 2. |
| 1:52 | The Court hears from Ms. McEwen re 404b evidence and discusses the same with the Court. |
| 2:12 | Mr. Simpkins addresses the Court re evidence. |
| 2:20 | Ms. McEwen argues further. |
| 2:21 | The Court denies the motion for 404b. |
| 2:23 | The Court addresses Defendant directly re deciding to testify. Defendant has decided not to testify but is not bound by this decision. Defendant has the right to change his mind. |
| 2:26 | Break to prepare jury charges.2 |
| 2:39 | Resume. Discuss jury charges. |
| 2:54 | Matter concluded. |