# Area Overview and AT&T Towers 2017


