

AT&T 478-284-2664 (11:00 pm – 5:00 am)

GOVERNMENT EXHIBIT